IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TEVIN J. BREVARD,

    Plaintiff,

v.                                                              Civil Action No. **3:19CV25**

SARAH DETERMAN, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 13, 2019, the Court conditionally docketed Plaintiff's action. The Court told Plaintiff that he must inform the Court if he moved or relocated. The Court warned Plaintiff that the Court would dismiss the action if he failed to do so. On May 18, 2020, the United States Postal Service returned a May 11, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NO LONGER AT THIS INSTITUION." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ John A. Gibney, Jr.
United States District Judge

Date: 22 May 2020
Richmond, Virginia